LIJO PANGHAT, M.D., Appellant, v NEW YORK DOWNTOWN HOSPITAL, Respondent.

Submitted December 5, 2011; decided January 17, 2012

Reported below, 85 AD3d 473.

Motion for relief ancillary to the motion for leave to appeal herein dismissed upon the ground that it does not lie.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD JACKSON, Appellant, v MARK L. BRADT, as Superintendent of Elmira Correctional Facility, et al., Respondents.

Submitted December 5, 2011; decided January 17, 2012

Motion for leave to appeal dismissed upon the ground that this motion for leave to appeal does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

---

In the Matter of JOHN RICHARD, Appellant, v CHRISTOPHER LINDQUIST et al., Respondents.

Submitted November 28, 2011; decided January 17, 2012

Reported below, 2011 NY Slip Op 83849(U).

Motion, insofar as it seeks leave to appeal from the September 2011 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.